**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                       No. 4:04CR00281-02 JLH

BERTRAM CASE MILLER                                                                     DEFENDANT

**ORDER**

      Bertram Case Miller has filed a motion and supplemental motion seeking early termination of his supervised release. He says that he has paid all of his restitution and has been gainfully employed for more than a year. Supervision is due to expire on June 8, 2011, so he has completed all but six months of his term of supervised release. The government has not objected to Miller's motion and supplemental motion. After considering the relevant factors in 18 U.S.C. § 3553(a) and in 18 U.S.C. § 3553(e)(1), the Court is satisfied that termination of supervised release is warranted by the conduct of the defendant and the interest of justice. Without objection, the motion and supplemental motion for early termination of supervised release are granted. Documents #347 and #348. Therefore, the supervised release of Bertram Case Miller is terminated effective immediately. Bertram Case Miller is discharged from further supervision.

      IT IS SO ORDERED this 21st day of December, 2010.

 

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE